```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 04101
   LEONARD B ELLMAN
   CAROL M ELLMAN                              CHAPTER 13

                                               JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-0418      SSN XXX-XX-4409
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/13/06 and confirmed on 06/21/06.

2. The case was dismissed after confirmation, 04/25/2008.

3. The Debtor paid a total of $ 29752.80 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| HSBC | SECURED | .00 | .00 | .00 |
| MITSUBISHI MOTOR CRED OF | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6801.00 | .00 | 6801.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10125.95 | .00 | 1807.50 |
| CAPITAL ONE BANK | UNSECURED | 1738.35 | .00 | 310.29 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 8320.77 | .00 | 1485.26 |
| B REAL LLC | UNSECURED | 12201.69 | .00 | 2178.03 |
| B LINE LLC | UNSECURED | 227.83 | .00 | 40.61 |
| B LINE LLC | UNSECURED | 5352.06 | .00 | 955.36 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2984.85 | .00 | 532.82 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10426.63 | .00 | 1861.16 |
| DISCOVER BANK | UNSECURED | 8180.05 | .00 | 1460.15 |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2968.30 | .00 | 529.85 |
| GE MONEY BANK | UNSECURED | 7151.18 | .00 | 1276.51 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 310.07 | .00 | 55.15 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ECAST SETTLEMENT CORP | UNSECURED | 609.64 | .00 | 108.67 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 883.45 | .00 | 157.49 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1678.93 | .00 | 299.69 |
| KOHLS | UNSECURED | 631.38 | .00 | 112.55 |
| MARSHALL FIELD | UNSECURED | 2180.32 | .00 | 389.20 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6721.82 | .00 | 1199.86 |

```
SEARS BKRUPTCY RCVRY MGM  UNSECURED      NOT FILED           .00          .00
SPIEGEL                   UNSECURED      NOT FILED           .00          .00
WELLS FARGO FINANCIAL IN  UNSECURED         928.14           .00       165.67
WELLS FARGO FINANCIAL IN  UNSECURED         915.50           .00       163.21
CHADWICKS OF BOSTON       UNSECURED      NOT FILED           .00          .00
WORLD FINANCIAL NETWORK   UNSECURED         215.92           .00        38.49
SMC                       UNSECURED        1405.71           .00       250.91
HSBC MORTGAGE SERVICES    MORTGAGE ARRE   3233.27            .00      3233.27
RECOVERY MANAGEMENT SYST  UNSECURED       2630.97            .00       469.63
SMC                       FILED LATE          .00            .00          .00
       Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   3233.27      6801.00     88789.51         .00    98823.78
PRINCIPAL PAID       3233.27      6801.00     15848.06         .00    25882.33
INTEREST PAID            .00          .00          .00         .00         .00
TOTAL PAID           3233.27      6801.00     15848.06         .00    25882.33
```

The Debtor's attorney, JOHN C DENT                , was allowed $   3000.00
and was paid $    250.00   direct and $   2750.00   through the plan.

The Trustee received $   1120.47 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 07/21/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE